02-10-405-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00405-CV

 

 


 
 
 HN Texas Properties, L.P.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 David H. Cox, Individually and on
 Behalf of the Estate of David William Cox, Deceased and on Behalf of All
 Wrongful Death Beneficiaries of David William Cox, Deceased
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE
236th District Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s “Agreed
Motion To Dismiss The Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 42.1(d),
43.4.

 

PER
CURIAM

 

PANEL:  MCCOY, J.;
LIVINGSTON, C.J.; and MEIER, J.

 

DELIVERED:
 February 17, 2011











[1]See Tex. R. App. P. 47.4.